# ALABAMA COURT OF CRIMINAL APPEALS



April 26, 2024

**CR-2023-0426**
Alabama Department of Corrections v. Joshua Lashawn Booth (Appeal from Bibb
Circuit Court: CV-22-900034)

## NOTICE

You are hereby notified that on April 26, 2024, the following action was taken
in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk